IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SEP - 7 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:06cr217-WKW |
| | ) [18 USC 659; 18 USC 2] |
| KENNETH GUNN and | ) |
| COREY GARDNER | ) |
| | ) INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about December 28, 2005, in the Middle District of Alabama, the defendants,

KENNETH GUNN and
COREY GARDNER,

aided and abetted by each other and others known and unknown to the Grand Jury did, steal, unlawfully take, carry away, and conceal from a pipeline system, motortruck, and other vehicle, and from a storage facility and station, with intent to convert to their own use, goods and chattel, to-wit: sweatshirts, moving as and which are a part of and constitute an interstate shipment of freight, express, and other property, in excess of $1000.00, in violation of Title 18, United States Code, Section 659 and 2.

A TRUE BILL:

*/s/ Jannie Davis Williams*
Foreperson

*/s/ Leura G. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY

*/s/ Susan R. Redmond*
Susan R. Redmond
Assistant United States Attorney