IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA,  NORTHERN  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )  CASE NUMBER:  2:06cr-217-WKW |
| | ) |
| COREY GARDNER | ) |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   THE WARDEN AND/OR KEEPER OF THE   MONTGOMERY COUNTY JAIL
                                                       AT   MONTGOMERY, ALABAMA

and

TO:    THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
         OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

        We command you, that you have the body of COREY GARDNER, a prisoner in your institution and under

your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the

Middle District of Alabama, at Courtroom 5-B of said Court, in the City of Montgomery, Alabama, on **OCTOBER

25, 2006**, at **10:00 a.m.**, to answer charges pending in said Court and for such other proceedings as may appear

proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and

secure conduct.

        BY ORDER OF THE COURT.

        DONE this the 29th day of September, 2006.

                                        DEBRA P. HACKETT, CLERK
                                        UNITED STATES DISTRICT COURT
                                        MIDDLE DISTRICT OF ALABAMA

                                        By:
                                                Deputy Clerk