AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

COREY GARDNER
155 Lauderdale St.
Montgomery, AL 36116

**WARRANT FOR ARREST**

Case Number: 2:06cr217-002-WKW

RECEIVED 2006 SEP 11 A 11: 13

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __COREY GARDNER__
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

Interstate or Foreign Shipment by Carrier

in violation of Title __18__ United States Code, Section(s) __659 and 2__

__DEBRA P. HACKETT__
Name of Issuing Officer

__CLERK, U.S. DISTRICT COURT, MIDDLE ALABAMA__
Title of Issuing Officer

By: _(signature)_
Signature of Issuing Officer

September 11, 2006, Montgomery, Alabama
Date and Location

RETURNED AND FILED

**RETURN**   OCT 2 6 2006

This warrant was received and executed with the arrest of the above-named defendant at

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/24/06 | WHBAP M/84 Co Jail | Debi Brewer |