**COURTROOM DEPUTY'S MINUTES**              **DATE: November 13, 2006**

**MIDDLE DISTRICT OF ALABAMA**              **Digital Recording: 9:09 - 9:12**

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE. Susan Russ Walker**       **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER:   2:06-cr-00217-WKW-VPM**       **DEFENDANT(S) Corey Gardner**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Susan Redmond | * | Ben Bruner |

☐ **DISCOVERY STATUS:**
   Completed

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   Probable plea
   Notice of intent to change plea to be filed on or before noon on December 27, 2006

☐ **TRIAL STATUS**
   Trial time - 1-2 days

☐ **REMARKS:**
   State charges pending on same matter