**COURTROOM DEPUTY'S MINUTES**          **DATE:** 12/18/06

**MIDDLE DISTRICT OF ALABAMA**          **Digital Recording: 9:11 - 9:12**

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE WALLACE CAPEL, JR.**     **DEPUTY CLERK: Wanda A. Robinson**

**CASE NUMBER:  2:06cr217-WKW**          **DEFENDANT(S):  Corey Gardner**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| | * | |
| Susan Redmond | | Ben E. Bruner  (Corey Gardner) |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**          **Complete**

_____

_____

_____

❏ **PENDING MOTION STATUS:**

          **None**

_____

_____

_____

❏ **PLEA STATUS:**

          **Likely Plea**

_____

_____

_____

❏ **TRIAL STATUS**

_____

_____

_____

❏ **REMARKS: Defense Counsel to review proposed plea agreement with the defendant and inform the Court if the defendant will plea; If the plea is not taken by 12/22/06, counsel will file a motion to continue**

_____

_____

_____

_____