| COURTROOM DEPUTY MINUTES | DATE: 12/22/06 | DIGITAL RECORDING: 9:02 - 9:16 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | | COURT REPORTER: Risa Entrekin |

❏ ARRAIGNMENT    x CHANGE OF PLEA    ❏ CONSENT PLEA

❏ RULE 44(c) HEARING    ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *WALLACE CAPEL, JR.*   **DEPUTY CLERK:** *WANDA ROBINSON*
**CASE NUMBER:** *2:06cr217-WKW*   **DEFENDANT NAME:** *Corey Gardner*
**AUSA:** *Verne Speirs*   **DEFENDANT ATTY:** *Ben E. Bruner*
  Type Counsel:  ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (X) CDO
**USPO:** _____

Defendant _____ does ____x____ does NOT need and interpreter.

Interpreter present?  __x__ NO  _____ YES   Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty   ❏ Nol Contendere

   ❏ Not Guilty by reason of insanity

   x ❏ Guilty as to:

      X-Count(s) __1__ of the Felony Indictment.

      ❏ Count(s) _____  ❏ dismissed on oral motion of USA;

         ❏ to be dismissed at sentencing

X — **ORAL ORDER ADJUDICATING GUILT as to COUNT 1**

X — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.  ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release

   ❏ summons; for:

   ❏ Trial on _____ ; ❏ Sentencing  ❏ to be set by Separate Order

X — **ORDER:** Defendant remanded to custody of U.S. Marshal for:

   ❏ Posting a $_____ Bond;

   ❏ Trial on _____ ; or X- Sentencing to be set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.