AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

| UNITED STATES OF AMERICA | NOTICE |
|---|---|
| V. | |
| COREY GARDNER | CASE NUMBER: 3:06cr217-WKW |

TYPE OF CASE:

☐ CIVIL    X CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

SENTENCING

X TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom 2-E | March 21, 2007 @ 9:30 AM | March 20, 2007 @ 9:30 AM |

DEBRA P. HACKETT, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

January 18, 2007
DATE

(BY) DEPUTY CLERK

TO: