IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR. NO. 06 - 217 - WKW |
| | ) |
| COREY GARDNER | ) |

## SENTENCING MEMORANDUM

COMES NOW, the defendant by and through counsel and gives notice to the court of relevent events subsequent to the presentence report being completed. WHEREFOR he states:

1. Montgomery City Jail officials have placed the defendant in isolation claiming that the defendant attempted suicide while in custody there.

2. To date the defendant has had no mental evaluation.

3. The defendant denies an attempt at suicide and requests a proper evaluation before or after sentencing so that he may join general population in any other facility he goes to.

Respectfully submitted,

Ben E. Bruner (BRU 001)
Attorney for the Defendant
505 S. Perry Street
Montgomery, Alabama  36104
(334) 323-4462
FAX (334) 323-4463
ben@brunerabogado.com

## CERTIFICATE OF SERVICE

The undersigned Ben E. Bruner hereby certifies that a true copy of this document was served upon the below listed counsel by enclosing same in an envelope postpaid for first class handling which bore the sender's name and return address and which was addressed to said attorney at his post office address and which was deposited in a U. S.

Post Office Depository in Montgomery, Alabama on the __14__ day of __March__, 2007.

Susan Redmond, Esq.
P.O. Box 197
Montgomery, Alabama  36101

_____
Ben E. Bruner