# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

| COREY GARDNER | Case No. | 2:06-CR-217-WKW |
|---|---|---|
| | USM No. | 12056-002 |

STEPHEN GANTER
Defendant's Attorney

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

X was found in violation of condition(s)    1 and 2    after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Violation - Robbery 1st Degree | 6/15/2011 |
| 2 | Possession of Firearm | 6/15/2011 |

     The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   0960  

Defendant's Year of Birth:   1985  

City and State of Defendant's Residence: 155 Lauderdale Street
Montgomery, AL 36116

August 2, 2011
Date of Imposition of Judgment

*/s/ W. Keith Watkins*
Signature of Judge

CHIEF U. S. DISTRICT JUDGE W. KEITH WATKINS
Name and Title of Judge

August 4, 2011
Date

DEFENDANT:         COREY GARDNER
CASE NUMBER:       2:10-CR-217-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :   24 MONTHS with no supervised release to follow.

Pursuant to 18 U.S.C. § 3553(c)(2), the sentence is being imposed at 24 months for the following reasons: to reflect the seriousness of the violation offense; to promote respect for the law; to provide just punishment for the violation offenses; to afford adequate deterrence to criminal conduct; and to protect the public from further crimes of the defendant.

☐   The court makes the following recommendations to the Bureau of Prisons:


X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

  ☐   at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐   before 2 p.m. on _____ .

  ☐   as notified by the United States Marshal.

  ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL